**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00110-RPM

**WANDA DIXON**,

       Plaintiff,

v.

**FRANKLIN D. AZAR & ASSOCIATES, P.C.**, a Colorado Professional Corporation; **FRANKLIN D. AZAR, ESQ.**, individually; and **NANCY J. FISHER, ESQ**.

       Defendants.

---

**ORDER RE: STIPULATION TO DISMISS DEFENDANT NANCY J. FISHER WITH PREJUDICE**

---

Upon consideration of the parties' Stipulation for Dismissal with Prejudice [7], filed on April 8, 2009, it is

ORDERED that this action be dismissed with prejudice as to defendant Nancy J. Fisher, Esq., each party to pay their own costs and attorneys' fees.

Dated this 9th day of April, 2009.

       By the Court:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge